**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBIN JOSUE MORENTE** : | |
| Petitioner, : | |
| : | |
| **v.** : | **Civil No. 2:26-cv-05530-JLS** |
| : | |
| **SECRETARY MARKWAYNE MULLIN,** *et al.*, : | |
| Respondents. : | |

**<u>ORDER</u>**

**AND NOW**, this 7th day of August, 2026, **IT IS HEREBY ORDERED**, upon consideration of Robin Josue Morente's ("Petitioner") Petition for Writ of Habeas Corpus (ECF No. 1) and the Government's Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 4)  and Petitioner's Reply (ECF No. 5), **IT IS HEREBY ORDERED** that the Petition (ECF No. 1) is **GRANTED**[1] as follows:

1. Robin Josue Morente is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

2. The Government shall **RELEASE** Robin Josue Morente from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than **5:00 p.m. ET on August 10. 2026.** The Government shall also release all of the Petitioner's possessions, including all foreign and domestic IDs.

---

[1] Petitioner, a noncitizen from Guatemala, entered the United States without inspection in 2012 and has lived in the United States without incident ever since. Department of Homeland Security currently detains Petitioner at the Philadelphia Federal Detention Center.

Respondents assert that the Petition should be denied because Petitioner is lawfully detained pursuant to 8 U.S.C. § 1225(b)(2)(A) and his detention does not violate constitutional due process. Based on the Court's previous opinions, the decisions of all the judges who have considered the issue in the district, *see e.g.*, *Cantu-Cortes v. O'Neill*, No. 25-cv-6338, 2025 WL 3171639, at *1-2 (E.D. Pa. Nov. 13, 2025), the Court finds Petitioner cannot be detained under § 1225(b)(2)(A). Petitioner's current detention is therefore illegal, and he is entitled to relief. Robin Josue Morente's petition for a writ of habeas corpus will be granted and he shall be immediately released.

3. If the Government chooses to pursue re-detention of Robin Josue Morente pursuant to 8 U.S.C. § 1226(a), it must afford him the process due, including but not limited to a bond hearing upon his request, pursuant to 8 C.F.R. §§ 1236.1 (c)(8), (d)(1), etc.;

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge