**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

**ROBIN JOSUE MORENTE**                          :
            Petitioner,                    :
                                      :
           **v.**                        :      **Civil No. 2:26-cv-05530-JLS**
                                        :
**SECRETARY MARKWAYNE MULLIN,** *et al.*, :
            Respondents.                  :

---

**ORDER**

    **AND NOW**, this 10th day of August, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 7), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

                                        **BY THE COURT:**

                                        */s/ Jeffrey L. Schmehl*
                                        **JEFFREY L. SCHMEHL**
                                        United States District Court Judge

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.